AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D

APR 1 0 2012

J. T. NOBLIN, CLERK
BY_____ DEPUTY

United States of America
v.

FAUSTO RAMIREZ

*Defendant*

)
)
)
)
)

Case No.  3:12-mj- 526-FKB

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of   04/04/2012   in the county of   Rankin   in the   Southern   District of
Mississippi  , the defendant violated   8   U. S. C. §  1324a1A(ii)  , an offense described as follows:

Transporting Illegal Aliens

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Bradley Harris, Special Agent, (HSI)
*Printed name and title*

Sworn to before me and signed in my presence.

Date:    04/10/2012

_____
*Judge's signature*

City and state:    Jackson, Mississippi

Honorable F. Keith Ball, U.S. Magistrate Jduge
*Printed name and title*

## AFFIDAVIT

I, Bradley J. Harris, being first duly sworn, hereby depose and say that:

1. I am a Special Agent with Homeland Security Investigations (HSI), within the Department of Homeland Security, and have been so employed for a period of over 9 years. Prior to this appointment, I was employed by the Mississippi Department of Public Safety, Mississippi Bureau of Narcotics, I also served as a uniform patrol officer for the Greenville Police Department, Greenville, Mississippi, and Madison Police Department, Madison, Mississippi.

2. I am currently assigned to HSI, Jackson, Mississippi. I am statutorily empowered to investigate violations of Title 8 of the United States Code and other federal statues.

3. The information contained in this affidavit has been gathered from various law enforcement officers including Pearl Police Department Detective Johnny Barnes and Immigration Enforcement Agent Francisco Ayala.

4. On April 4, 2012, at approximately 11:30 p.m., Pearl Police Detective Johnny Barnes conducted a traffic stop on a 2001 Dodge Caravan on Interstate 20 near mile marker 47, for speeding. At the time of the traffic stop the vehicle was operated by Elias SALINAS-REYES, a citizen and national of Mexico. Detective Barnes determined that SALINAS-REYES did possess a valid North Carolina Driver's license. Detective Barnes then found SALINAS-REYES in possession of an Employment Authorization Card. Detective Barnes then determined that the passengers, which included Fausto RAMIREZ, were not citizens of the United States and contacted Immigration and Enforcement Agent Francisco Ayala for assistance.

5.   IEA Ayala responded to the location of the traffic stop and determined that Fausto RAMIREZ was a citizen and national of Mexico illegally present in the United States.   IEA Ayala also determined that the passengers to be illegal present in the United States, having entered that United States without being inspected by an Immigration Officer. All male passengers, along with the RAMIREZ and SALINAS-REYES, were transported to HSI, Jackson, Mississippi, to confirm identification and immigration status.

6.   While at the HSI, Jackson, Mississippi, Your affiant, along with IEA Derick McClung interviewed SALINAS-REYES.  Prior to the interview SALINAS-REYES was read, in the Spanish language, a Waiver of Rights form, which SALINAS-REYES waived in writing.  During the interview, SALINAS-REYES stated that he was hired by Fausto RAMIREZ to drive the van to Houston, Texas; Los Angeles, California; and the state of Utah to pick up and drop off passengers.  SALINAS-REYES indicated that RAMIREZ was to pay him $50.00 per passenger.  SALINA-REYES also stated that during the course of the trip, RAMIREZ arranged the pick up and drop off of passengers by cellular telephone.  SALINAS-REYES indicated that RAMIREZ was also in charge of collecting money from the passengers.

7.   Your Affiant, along with IEA Francisco Ayala, interview RAMIREZ.  Prior to the interview RAMIREZ was read, in the Spanish language, a Waiver of Rights form, which RAMIREZ waived in writing.  During the interview, RAMIREZ stated that he had hired SALINAS-REYES to drive the van because he had a valid driver's license. RAMIREZ also indicated that he had borrowed the van from the owner Santiago RAMOS, who was not present at the time of the traffic stop.

8.   RAMIREZ stated that the trip started in North Carolina with one passenger traveling to Los Angeles, California.  RAMIREZ then stated that during the trip to Los Angeles, California, another passenger was picked up in Houston, Texas.  RAMIREZ stated that they continued on to Los Angeles, California, whereby the two passengers were dropped off.  RAMIREZ then stated that the trip continued on to Utah where a female passenger and infant were picked up.  RAMIREZ then indicated that the trip continued on to Houston, Texas, where the male passengers were picked up.  RAMIREZ stated that he charged the passengers $350.00 for transportation which was to be paid at the conclusion of the trip.  RAMIREZ indicated that he knew that the passengers and SALINAS-REYES were illegally present in the United States.

9.   Based on these underlying facts and circumstances, as set forth above, it is my belief that Fausto RAMIREZ, a citizen and national of Mexico, illegally present in the United States did:  knowing or in reckless disregard of the fact that an alien has come to, entered, or remains in the United States in violation of law, transported or moved, or attempted to transport or move, such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

I therefore respectfully request that a warrant for the Federal Arrest of Fausto RAMIREZ be issued.

Bradley Harris, Special Agent
Homeland Security Investigations

Sworn and subscribed before me the 10th day of April, 2012.

United States Magistrate Judge